

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00433-CR

BRUCE EDWARD SIMMONS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1377130D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Bruce Edward Simmons attempts to appeal his conviction for delivery of a simulated controlled substance. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On October 20, 2014, we notified Simmons that the appeal would be

---

[1]*See* Tex. R. App. P. 47.4.

dismissed pursuant to the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before October 30, 2014, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 26, 2014